S. LEIGHTON FROOKS, Appellant, v. 240 WEST 73RD STREET, INC., Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

MINNIE SAMET, an Infant, by JOSEPH SAMET, Her Guardian ad Litem, and JOSEPH SAMET, Respondents, v. ARMOUR & COMPANY and MANHATTAN AND BRONX LAUNDRY OWNERS' ASSOCIATION, INC., Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

FREDERICK J. LISMAN and Others, Respondents, v. THOMAS FITZHUGH LEE and HAL FITZHUGH LEE, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

THOMAS KOWALCHUK, Respondent, v. MICHAEL SKROBOT, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

CHARLES E. PRITCHARD, Respondent, v. M. & J. TRACY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

LOUIS GROSSMAN, Respondent, v. EDWARD DE C. CHISHOLM, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

EUGENE F. KEENAN and JULIA CLAYTON, Plaintiffs, Impleaded with ELIZABETH KEENAN and Others, Respondents, v. INTERBOROUGH RAPID TRANSIT COMPANY, Defendant, Impleaded with JASPER BAYNE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

EUGENE F. KEENAN and JULIA CLAYTON, Plaintiffs, Impleaded with ELIZABETH KEENAN and Others, Respondents, v. INTERBOROUGH RAPID TRANSIT COMPANY, Defendant, Impleaded with JASPAR BAYNE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH FURLAN, Appellant, Impleaded with Another.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.